UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC M. BROWN et al., | |
| Plaintiffs, | |
| v. | Case No. 1:21-cv-01308 |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
REGARDING LIABILITY**

Pursuant to FRCP 55(b)(2) and 28 U.S.C. § 1608(e), Plaintiffs hereby move for default findings regarding Defendant's liability. In support, Plaintiffs state:

1. On May 12, 2021, Plaintiffs filed their Complaint seeking damages for their injuries, including solatium damages for family members. [Doc. 1].

2. On March 2, 2022, Plaintiffs effected service of process on Defendant. [Doc. 20].

3. Despite being properly served, Defendant has elected not to respond or otherwise participate in this Case.

4. On May 23, 2022, the Clerk entered an Entry of Default in this case. [Doc. 22].

5. Evidence regarding Plaintiffs' right to relief against Defendant is attached hereto. *See* Plaintiffs' declarations (Exhibits 1-19) filed under seal; Michael Pregent declaration and C.V. (Exhibit 20-21). Plaintiffs incorporate their Memorandum in Support of Default Judgment filed herewith.

6. Pursuant to Federal Rule of Evidence 201, Plaintiffs request that this Court take judicial notice of the facts involving Defendant's activities in Iraq and the Middle East. *See, e.g., Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48 (D.D.C. 2018); *Frost v. Islamic Republic of*

*Iran*, 383 F. Supp. 3d 33 (D.D.C. 2019); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019); *Karcher*, CV 16-232 (CKK), 2021 WL 133507 (D.D.C. Jan. 14, 2021); *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117 (D.D.C. 2019); *Lee v. Islamic Republic of Iran,* 518 F. Supp. 3d 475 (D.D.C. 2021)*; Cabrera et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-03835-JDB; *Selig v. Islamic Republic of Iran,* 573 F. Supp. 3d 40 (D.D.C. 2021); and *Roberts v. Islamic Republic of Iran*, No. 1:20-CV-1227-RCL, 2022 WL 203540, at *13 (D.D.C. Jan. 24, 2022)*.*

7. Upon entry of default judgment regarding liability, Plaintiffs will submit evidence of their damages and request entry of a default judgment on all issues.

WHEREFORE, Plaintiffs request that this Court find satisfactory evidence of Defendant's liability, enter default findings regarding Defendant's liability, proceed as soon as practicable to determine Plaintiffs' damages, enter a judgment for Plaintiffs and against Defendant, and grant Plaintiffs such other relief as this Court deems just and proper.

DATED: September 1, 2022.              Respectfully submitted,


                                       By: /s/ Bradley M. Lakin
                                           Bradley M. Lakin DC Bar No. AZ0019
                                           bradl@championsfortheinjured.com
                                           SL CHAPMAN LLC
                                           10805 Sunset Office Drive, Suite 300
                                           St. Louis, MO 63127
                                           314.588.9300
                                           314.588.9302 fax