UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CEDRIC M. BROWN et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　Defendant. | Case No. 1:21-cv-01308 |

**PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT
REGARDING LIABILITY**

Pursuant to FRCP 55(b)(2) and 28 U.S.C. § 1608(e), Plaintiffs hereby move for default findings regarding Defendant's liability. In support, Plaintiffs state:

　　1.　　On May 12, 2021, Plaintiffs filed their Complaint seeking damages for their injuries, including solatium damages for family members. [Doc. 1].

　　2.　　On March 2, 2022, Plaintiffs effected service of process on Defendant. [Doc. 20].

　　3.　　Despite being properly served, Defendant has elected not to respond or otherwise participate in this Case.

　　4.　　On May 23, 2022, the Clerk entered an Entry of Default in this case. [Doc. 22].

　　5.　　On September 1, 2022, Plaintiffs filed their original Motion for Default Judgment Regarding Liability and supporting evidence including Plaintiffs' declarations (Exhibits 1-19) filed under seal, and their expert, Michael Pregent's declaration and C.V. (Exhibit 20-21). [Docs. #27-28, 30].

　　6.　　On December 28, 2022, this Court entered an order denying Plaintiffs' Motion for Default Judgment without prejudice, and providing Plaintiffs' leave to file this Renewed Motion for Default Judgment by March 30, 2023. [Doc. 88].

7. In the Order, the Court requested more information – to the extent any exists – regarding the attacks involving mortars, IEDs, RPGs, or indirect fire where no terrorist group claimed responsibility and there was no signature Iranian weapon. Specifically, the Court identified Attacks 2, 3, 4, 7, 8, 9, 10, 11, 12, 17, 18, 19. [Doc. 88].

8. In response to the Court's Order, Plaintiffs incorporate herein by reference their Renewed Memorandum in Support of Default Judgment that is filed herewith, and submit the following supplemental exhibits that are referenced therein, and in support of their Motion[1]:

| Exhibit No. | Description |
| --- | --- |
| 3a | First Amended Declaration of Robert A. Chapman (Under Seal) |
| 9a | First Amended Declaration of Roger A. Lobato Jr. (Under Seal) |
| 18a | First Amended Declaration of Suzanne Wheeler Wallace (Under Seal) |
| 20a | First Amended Expert Report of Michael Pregent (Under Seal) |
| 21a | Amended CV of Michael Pregent |
| 60 | Attack #2 Google Map |
| 61 | Attack #3 Sig Act |
| 62 | Attack #3 Google Map |
| 63 | Attack #4 Google Map |
| 64 | Attack #7 Sig Act |
| 65 | Attack #8 Google Map |
| 66 | Attack #9 Sig Act |
| 67 | Attack #9 Google Map |
| 68 | Attack #10 Google Map |
| 69 | Attack #11 Google Map |
| 70 | Attack #12 Google Map |
| 71 | Transcript of the 10-14-22 Evidentiary Hearing in *Roth et al. v. Islamic Republic of Iran,* Case No. 19-cv-02179 (Under Seal) |
| 72 | PowerPoint Presentation 10-14-22 Evidentiary Hearing in *Roth et al. v. Islamic Republic of Iran,* Case No. 19-cv-02179 [Emphasis added to Slides 2-5, 21-22, 26-28]. (Under Seal) |
| 73 | Memorandum Opinion in *Roth et al. v. Islamic Republic of Iran*, Case No 19-cv-02179 [Doc. 109] |

---

[1] Plaintiffs incorporate herein by reference their exhibits filed with their September 1, 2022, Motion for Default Judgment as to Liability and Memorandum in Support. [Doc. 30].

9. Pursuant to Federal Rule of Evidence 201, Plaintiffs also request that this Court take judicial notice of the facts involving Defendant's activities in Iraq and the Middle East. *See, e.g., Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48 (D.D.C. 2018); *Frost v. Islamic Republic of Iran*, 383 F. Supp. 3d 33 (D.D.C. 2019); *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019); *Karcher*, CV 16-232 (CKK), 2021 WL 133507 (D.D.C. Jan. 14, 2021); *W.A. v. Islamic Republic of Iran*, 427 F. Supp. 3d 117 (D.D.C. 2019); *Lee v. Islamic Republic of Iran,* 518 F. Supp. 3d 475 (D.D.C. 2021)*; Cabrera et al. v. Islamic Republic of Iran*, Case No. 1:19-cv-03835-JDB; *Selig v. Islamic Republic of Iran,* 573 F. Supp. 3d 40 (D.D.C. 2021); *Roberts v. Islamic Republic of Iran*, No. 1:20-CV-1227-RCL, 2022 WL 203540, at *13 (D.D.C. Jan. 24, 2022)*; Estate of Christopher Brook Fischbeck et al., v. The Islamic Republic of Iran, et al.,* Case No. 18-cv-2248 (CRC); and the related case *Roth et al. v. Islamic Republic of Iran,* 19-cv-2179-TNM, 2023 WL 196577 (D.D.C. Jan. 17, 2023).

10. Upon entry of default judgment regarding liability, Plaintiffs will submit evidence of their damages and request entry of a default judgment on all issues.

WHEREFORE, Plaintiffs request that this Court find satisfactory evidence of Defendant's liability, enter default findings regarding Defendant's liability, proceed as soon as practicable to determine Plaintiffs' damages, enter a judgment for Plaintiffs and against Defendant, and grant Plaintiffs such other relief as this Court deems just and proper.

DATED: March 29, 2023,                    Respectfully submitted,

By: /s/ Bradley M. Lakin
Bradley M. Lakin DC Bar No. AZ0019
bradl@championsfortheinjured.com
SL CHAPMAN LLC
10805 Sunset Office Drive, Suite 300
St. Louis, MO 63127
314.588.9300
314.588.9302 fax