| # | 116468 |
|---|---|
| date | 11/18/2005 |
| Time | 8:24:00 AM |
| category | IED Explosion |
| civiliankia | 3 |
| civilianwia | 43 |
| enemydetained | 0 |
| enemykia | 2 |
| enemywia | 0 |
| friendlykia | 0 |
| friendlywia | 0 |
| hostnationkia | 0 |
| hostnationwia | 0 |
| latitude | 33.28646851 |
| longitude | 44.39699936 |
| mgrs | 38SMB4385283208 |
| region | MND-BAGHDAD |
| title | SVBIED (2) ATTK ON MOI BUNKER IN BAGHDAD (ZONE 10): 2 AIF KIA, 3 CIV KILLED, 43 |
| summary | AT 0824, 4-64AR REPORTS A LARGE EXPLOSION VIC THE ABOVE GRID. UNKNOWN AT THIS TIME WHAT CAUSED THE EXPLOSION. 4-64AR REPORTS THEY HAVE A PATROL ENROUTE. ATTACK AVIATION REQUESTED BUT CANNOT RESPOND DUE TO ATTACK AVIATION IS RED AT THIS TIME. 0850: UAV OVER EXPLOSION SITE. 0855: 4-64AR REPORT 2XPATROLS ON SITE. 2XIA COMPANIES ENROUTE TO SITE TO ASSIST. IPS ARE ON SITE WITH AMBULATORY VEHICLES. 0915: 4-64 REPORTS 2XVBIEDS. 1XVBIED DETONATED AGAINST T-WALL WITH A FOLLOW ON VBIED THAT DETONATED AND COLLAPSED STRUCTURE TO APARTMENT COMPLEX ADJACENT TO AL HAMRA HOTEL. OTHER BUILDINGS AROUND SITE ALSO SUSTAINED STRUCTURAL DAMAGE. SECOND VBIED DID NOT PENETRATE THROUGH T-WALL TO AL HAMRA HOTEL WHICH THEY BELIEVE WAS THE INTENDED TARGET. THEY HAVE LN'S TRAPPED UNDER RUBBLE AND REQUEST ENGINEER ASSETS. 0916: 92ND ENGINEERS AND 36TH ENGINEERS HAVE BEEN NOTIFIED TO LINK UP AT CP11 WITH RECOVERY ASSESTS(1XHIGH-X, 1X2 1/2 YARD LOADER AND 2XDUMP TRUCKS) TO GO TO VBIED SITE TO ASSIST IN RECOVERY OF LN'S. CEXC HAS ALSO BEEN NOTIFIED AND WILL LINK UP WITH THE ENGINEER ASSETS. 0950: IRAQI CIVIL DEFENSE CORPS ENROUTE TO LOCATION. 0955: JCC REPORTS 43XLN'S WIA AND 3XLN'S KIA. BDA 3 CIV KILLED, 43 WOUNDED, 1 DAMAGE, NO CF INJ/0 DAMAGE |
| reportkey | A8B9379A-278F-43A8-92A7-B4458642EB0A |
| trackingnumber | 2005-322-091024-0043 |
| type | Explosive Hazard |
| unitname | Not provided |
| url | IRQ20051118n35 |



PLAINTIFF'S EXHIBIT 61